# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC.<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>AM-MED DIABETIC SUPPLIES, INC.,<br><br>　　　　Respondent. | Case No.: 2:19-cv-10162-DDP (AFMx)<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD**<br><br>Assigned To Hon. Dean D. Pregerson |

1  Petitioner LifeScan, Inc.'s ("Petitioner" or "LifeScan") Motion For Default
2  Judgment By The Court, To Confirm Arbitration And Enter Judgment ("Motion")
3  in favor of Petitioner and against Respondent Am-Med Diabetic Supplies, Inc.
4  ("Respondent"), came before this Court on March 16, 2020.  Having considered
5  the papers and arguments filed and made in support of and in opposition to the
6  Motion, and good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment is hereby entered in favor of Petitioner against Respondent in accordance with the arbitration award dated February 7, 2019 issued by the American Arbitration Association in Los Angeles, California, in favor of Petitioner and against Respondent, Case No. 03-17-0003-7840 ("the Arbitration Award"), in the principal amount of $123,608.16 awarded to Petitioner under the Arbitration Award, plus prejudgment, post-award interest at the statutory rate of 10 percent per annum ($33.86 per diem) from February 7, 2019 through the date of this order), plus post-judgment interest, pursuant to 28 U.S.C. §1961, based on the applicable interest rate as of the date of the filing of this judgment.

IT IS SO ORDERED.

Dated: March 16, 2020  _____

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE